IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDDIE JOSEPH BROWN, # 87813**                                                           **PETITIONER**

**v.**                                                                                    **CAUSE NO. 1:14CV442-LG-RHW**

**WEXFORD HEALTH**                                                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 2nd day of June, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE